PROB 12B
(7/93)

# United States District Court

for

District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Willie Evens　　　　　　　　　　　　　　　　　Cr.: 06-00518-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS Number: 42197

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh, U.S.D.J.

Date of Original Sentence: 10/24/06

Original Offense: Conspiracy to Defraud the United States

Original Sentence: 3 years probation; $100,000 restitution; $100 special assessment. Special Conditions: financial disclosure, no new debt, and DNA collection.

Type of Supervision: Probation　　　　　　　　　　　　　　Date Supervision Commenced: 10/24/06

## PETITIONING THE COURT

[X]　To modify the conditions of supervision as follows. The addition of the following special condition:

The defendant shall participate in substance abuse treatment as approved by the Probation Department. Treatment may include outpatient or residential treatment as approved by the Probation Department. The offender shall contribute to the cost of services rendered via co-payment or full payment in an amount to be determined by the Probation Department, based upon the offender's ability to pay for the availability of third party payment.

## CAUSE

According to the Probation Office for the Eastern District of New York, during June 2008, the offender submitted two urine specimens which tested positive for marijuana.

Respectfully submitted,

By: Joseph Empirio
U.S. Probation Officer
Date: 09/12/08

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

Dennis M. Cavanaugh
U.S. District Judge

9-23-08
Date

PROB 49

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEW JERSEY

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

*The offender shall participate in substance abuse treatment as approved by the Probation Department. Treatment may include outpatient or residential treatment as approved by the Probation Department. The offender shall contribute to the cost of services rendered via co-payment or full payment in an amount to be determined by the Probation Department, based upon the offender's ability to pay for the availability of third part payment.*

Witness: *Javier Enciso*
Javier G. Enciso
U.S. Probation Officer

Signed: *Willie Evans*
Willie Evans
Supervised Releasee

6-25-08
DATE