PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Evans, Willie  Cr.: CR-06-518
PACTS Number: 42197

Name of Sentencing Judicial Officer: Dennis M. Cavanaugh

Date of Original Sentence: 10/24/06

Original Offense: Conspiracy to Defraud the United States

Original Sentence: Three year probation, DNA testing, financial disclosure, no new debt and a $1000,000 restitution.

Type of Supervision: Probation  Date Supervision Commenced: 10/24/06

### PETITIONING THE COURT

[ ] To extend the term of supervision for ___ Years, for a total term of ___ Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

### CAUSE

Based on the offender's sporadic employment and financial hardship, he has agreed to pay at least 5% of his net monthly income towards the restitution balance.

Respectfully submitted,

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 03/18/09

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

4/8/09

Signature of Judicial Officer

Dennis M. Cavanaugh
U.S. District Judge

PROB 49

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF NEW JERSEY

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

*The offender shall pay 5% of his net income per month towards restitution until the balance of the restitution has been satisfied.*

Witness: _____  
Javier G. Enciso  
U.S. Probation Officer

Signed: _____  
Willie Evans  
Probationer

2-12-09  
DATE